# ATTACHMENT C

**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**



## NIBIN Enforcement Support System (NESS)
**Crime Gun ID:** ███

| Recovered: Yes<br>Caliber: .40 Cal | **Firearm Type:** Pistol<br>**Manufacturer:** Smith & wesson<br>**Model:** SD40<br>**Serial number:** FDJ2086 | **Most Recent Trace Data**<br>FTS ID: M20210354639;T20240219667<br>Purchase Date: 5/26/2021<br><br>Time to 1st Shooting: 680 days | **Additional Data**<br>Stolen gun: No<br>Legacy Gun ID(s):<br>IR Tracking #: IR762000178 |
|---|---|---|---|

| Event Order | LE Agency | LE Case # | NIBIN Case # / Exhibit # / Type | Event Date/Time | Crime Type | LE Partner | Location | Involved People | Linked Crime Guns |
|---|---|---|---|---|---|---|---|---|---|
| 3 | MA-BOSTON CITY PD BALLISTICS UNIT | ███ | 24-0551<br>11<br>Test Fire | 04/16/2024 00:15 (ET) | Illegal Possession/Sale | | 39 Mt Pleasant Ave, Roxbury, MA 02119 | ███<br>Travon Jadell Brunson (PUR)<br>███ | ███ |

**Summary:** 4/16/24 @ 12:15 AM, ███ (DOB: ██/05; 74 Hano St.) and Heath St. associate ███ (DOB: ██/07; 69 Parker St.) were arrested on firearm charges and Mt. Pleasant associate ███ (DOB: ██/04; 263 Roslindale Ave.) was arrested on drug charges following a disturbance call at 39 Mount Pleasant St. ███ initially fled from officers, and a S&W pistol (Serial #: FDJ2086) was recovered along his flight path at 24 Greenville St. Additionally, a Glock 19 handgun (Serial #: BADH324; reported stolen out of Turner, ME) was recovered from ███'s waistband, and a bag containing 22 grams of cocaine was recovered after ███ was seen discarding it under an MV. A large group was present for the arrest including Heath St. associate ███ (DOB: ██/05), Lenox / Mt. Pleasant associates ███ (DOB ██/02) and ███ (DOB ██/01), Mt. Pleasant associate ███ AKA Seven DUNKLEY (DOB: ██/04), and ███ (DOB ██/09).

---

*Be advised that this document is to be used for investigative purposes only. NESS data reflects a compilation of information from multiple data sources. This document should not be relied upon as evidence and investigators should collect original reports for any evidentiary purposes. No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of ATF.*

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives



| Event Order | LE Agency | LE Case # | NIBIN Case # / Exhibit # / Type | Event Date/Time | Crime Type | LE Partner | Location | Involved People | Linked Crime Guns |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Days Between Events: 33 days | | | | | |
| 2 | MA-BOSTON CITY PD BALLISTICS UNIT | | 24-0410 1 Casing | 03/14/2024 17:56 (ET) | Property Damage | | Dearborn St & Zeigler St, Roxbury, MA 02119 | | |
| | **Summary:** On 3/14/2024 at approximately 17:56 hrs, officers responded to a radio call for shots fired at the intersection of Dearborn St and Zeigler St. Officers arrived on scene and located (8) spent shell casings in the middle of Dearborn St and on the sidewalk at the intersection of Dearborn St and Zeigler St. Officers observed ballistic damage to MA REG: ▮▮▮ and MA REG: ▮▮▮. Witnesses on scene stated the suspect was wearing a black jacket, red hooded sweatshirt, and black jeans and fled on foot on Dearborn St towards Dudley St. | | | | | | | | | |
| | | | | Days Between Events: 342 days | | | | | |
| 1 | MA-BOSTON CITY PD BALLISTICS UNIT | | 23-0538 2 Casing | 04/06/2023 20:35 (ET) | Property Damage | | 32 Raynor Circle, Roxbury Crossing, MA 02120 | | |
| | **Summary:** 4/6/23 @ 8:35 PM, Shot Spotter activated for (7) rounds at 30-32 Raynor Cir.; (6) shell casings were recovered, and ballistic damage was observed to a black 2018 Cadillac XT5 (MA Reg. ▮▮▮). | | | | | | | | | |
| | | | | Days Between Events: N/A days | | | | | |

*Be advised that this document is to be used for investigative purposes only. NESS data reflects a compilation of information from multiple data sources.*
*This document should not be relied upon as evidence and investigators should collect original reports for any evidentiary purposes.*
*No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of ATF.*